| | |
|---|---|
| 1 | **REMPFER MOTT LUNDY, PLLC** |
| | JOSEPH N. MOTT |
| 2 | Nevada Bar No. 12455 |
| | SCOTT E. LUNDY |
| 3 | Nevada Bar No. 14235 |
| | 10091 Park Run Dr., Ste. #200 |
| 4 | Las Vegas, NV 89145-8868 |
| | T: (702) 825-5303 |
| 5 | F: (702) 825-4413 |
| | Joey@rmllegal.com |
| 6 | Scott@rmllegal.com |
| 7 | Attorneys for Plaintiff |
| | **NANCY CALARCO** |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| **NANCY CALARCO,** an individual, | | Case No.: 2:17-cv-01682-APG-GWF |
| Plaintiff, | | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | | |
| **SUNRISE HOSPITAL AND MEDICAL CENTER, LLC**, | | **(FIRST REQUEST)** |
| Defendant. | | |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their undersigned counsel of record, hereby stipulate and request that the Court extend the deadline for Plaintiff to file her Opposition to Defendant's Motion for Summary judgment from the current deadline of Tuesday, July 3, 2018, up to and including Tuesday, July 24, 2018.

This request for an extension is based on good cause and is not for the purpose of delay. The extension is necessary due to the untimely passing of Plaintiff's lead counsel, Andrew L. Rempfer. Attorneys Joseph N. Mott and Scott E. Lundy will represent Plaintiff going forward, but require additional time to properly prepare Plaintiff's Opposition.

. . .

. . .



1 | Thus, the parties respectfully request the Court grant the proposed extension.
2 | Dated: Wednesday, June 27, 2018.

REMPFER MOTT LUNDY, PLLC                LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Joseph N. Mott                      /s/ Bruce C. Young
Joseph N. Mott                          Bruce C. Young
Nevada Bar No. 12455                    Nevada Bar No. 5560
Scott E. Lundy                          Scott H. Barbag
Nevada Bar No. 14235                    Nevada Bar No. 14164
Attorneys for Plaintiff                 Attorneys for Defendant
**NANCY CALARCO**                       **SUNRISE HOSPITAL AND MEDICAL CENTER, LLC**

**ORDER**

IT IS SO ORDERED.

Dated: June 29, 2018.

_____
UNITED STATES DISTRICT JUDGE



10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
(702) 825-5303; fax (702) 825-4413
Andrew@rmllegal.com