**REMPFER MOTT LUNDY, PLLC**
JOSEPH N. MOTT
Nevada Bar No. 12455
SCOTT E. LUNDY
Nevada Bar No. 14235
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
T: (702) 825-5303
F: (702) 825-4413
Joey@rmllegal.com
Scott@rmllegal.com

Attorneys for Plaintiff
**NANCY CALARCO**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **NANCY CALARCO,** an individual, | Case No.: 2:17-cv-01682-APG-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| **SUNRISE HOSPITAL AND MEDICAL CENTER, LLC**, | **(SECOND REQUEST)** |
| Defendant. | |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through undersigned counsel of record, hereby stipulate and request that the Court extend the deadline for Plaintiff to file her Opposition to Defendant's Motion for Summary Judgment from the current deadline of Tuesday, July 24, 2018, up to and including Tuesday, August 14, 2018.

This request for an extension is based on good cause and is not for the purpose of delay. The parties have reached a settlement and are working to prepare all documents necessary to conclude this matter.

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: July 24, 2018.



*10091 Park Run Dr., Ste. #200*
*Las Vegas, NV 89145-8868*
*(702) 825-5303; fax (702) 825-4413*
Andrew@rmllegal.com

Dated: Tuesday, July 24, 2018.

| REMPFER MOTT LUNDY, PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| /s/ Joseph N. Mott | /s/ Bruce C. Young |
| Joseph N. Mott | Bruce C. Young |
| Nevada Bar No. 12455 | Nevada Bar No. 5560 |
| Scott E. Lundy | Scott H. Barbag |
| Nevada Bar No. 14235 | Nevada Bar No. 14164 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| **NANCY CALARCO** | **SUNRISE HOSPITAL AND MEDICAL CENTER, LLC** |

**ORDER**

IT IS SO ORDERED.

Dated: July ___, 2018.

_____
U.S. DISTRICT/MAGISTRATE JUDGE



10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
(702) 825-5303; fax (702) 825-4413
Andrew@rmllegal.com