BRUCE C. YOUNG, ESQ., NV Bar # 5560
SCOTT H. BARBAG, ESQ., NV Bar # 14164
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Scott.Barbag@lewisbrisbois.com
Attorneys for Sunrise Hospital and
Medical Center, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NANCY CALARCO,<br><br>    Plaintiff,<br><br>vs.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC,<br><br>    Defendant. | CASE NO. 2:17-cv-01682-APG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Nancy Calarco and Defendant Sunrise Hospital and Medical Center, LLC, by and through their respective attorneys of record, hereby notify this Court that they have agreed to resolve this matter. Accordingly, the parties hereby stipulate to dismiss, with prejudice, the entire action and all claims set forth in Plaintiff's Complaint (ECF No. 1).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4831-5895-6912.1

The parties further agree that they will each bear their own costs and attorneys' fees.

DATED this 20th day of August, 2018.  DATED this 20th day of August, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP  REMPFER MOTT LUNDY, PLLC

By  */s/ Bruce C. Young*  */s/ Scott E. Lundy*
BRUCE C. YOUNG, ESQ.  SCOTT E. LUNDY, ESQ.
Nevada Bar No. 5560  Nevada Bar No. 14235
6385 S. Rainbow Boulevard, Suite 600  10091 Park Run Dr., Suite 200
Las Vegas, Nevada 89118  Las Vegas, NV 89145
Telephone: 702.893.3383  Telephone (702) 825-5303
Facsimile: 702.893.3789  Facsimile: (702) 825-4413

Attorneys for Defendant  Attorneys for Plaintiff

**IT IS SO ORDERED.**

_____ 8/22/2018
UNITED STATES DISTRICT JUDGE